**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ismael MAYA-PIZANO, AKA Ismael Maya Pizano, Defendant-Appellant.**

**No. 17-10130**

United States Court of Appeals, Ninth Circuit.

Submitted October 12, 2017 * San Francisco, California

Filed October 17, 2017

Katherine Lydon, Assistant U.S. Attorney, USSAC—Office of the US Attorney, Sacramento, CA, for Plaintiff-Appellee

Noa Eva Oren, FPDCA—Federal Public Defender's Office (Sacramento) Sacramento, CA, for Defendant-Appellant

Before: THOMAS, Chief Judge, REINHARDT, and O'MALLEY,** Circuit Judges.

MEMORANDUM ***

Ismael Maya-Pizano appealed the district court's sentence prior to our decision in *United States v. Martinez-Lopez*, 864 F.3d 1034 (9th Cir. 2017). Maya-Pizano concedes that *Martinez-Lopez* forecloses

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** The Honorable Kathleen M. O'Malley, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, sitting by designation.

his appeal. Accordingly, we affirm the sentence.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.